IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LINDA G. FRENCH,

    Plaintiff,

vs.                                    CASE NO.: 4:04cv499-SPM/AK

MADISON COUNTY SCHOOL BOARD,

    Defendant.
_____/

## ORDER OF DISMISSAL

Upon notification by counsel for Plaintiff that this case has settled, and pursuant to Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 30th day of September, 2005.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge